IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLA FLETCHER**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**<br><br>    **Defendants.** | **CIVIL ACTION NO. 21-2357** |

## ORDER

**AND NOW,** this 17th day of June 2021, pursuant to the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**



June 16, 2021

**VIA EMAIL: Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov**
The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
601 Market Street 32609
Philadelphia, PA 19106

    RE:    Fletcher v. The Harford
    Docket No.:    2:21-cv-2357

Dear Judge Rufe:

    The Parties are pleased to report that they have reached a settlement in principle to resolve the instant matter. The Plaintiff respectfully request that this Honorable Court enter an Order dismissing this matter with prejudice pursuant to Local Rule 41.1(b).

    Thank you for your consideration in this matter.

    RESPECTFULLY SUBMITTED,

    MICHAEL J. PARKER

MP/ml
cc: Brian Downey, Esq.